# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| L. SEVILLE PARKS, | ) | |
|         Plaintiff, | ) | 3:06-cv-00405-RCJ-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RICHARD FALGE, *et al.*, | ) | |
|         Defendants. | ) | |

Before the Court for consideration are Plaintiff's Objections to the Report and Recommendation of United States Magistrate Valerie P. Cooke (Docket no. 88). Magistrate Judge Cooke entered her Report and Recommendation on January 9, 2008 (Docket no. 86), recommending that Defendant's Motion to Dismiss (Docket no. 54) be granted in part and denied in part.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and LR IB 3-2, and accepts the Report and Recommendation of Magistrate Judge Cooke.

IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (Docket no. 86) is accepted, and Plaintiff's Objections (Docket no. 88) are overruled.

DATED: March 18, 2008

                                                                     ROBERT C. JONES
                                               UNITED STATES DISTRICT JUDGE

(jb)