UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| L. SEVILLE PARKS, | ) | |
| | ) | 3:06-cv-00405-RCJ-VPC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RICHARD FALGE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Valerie P. Cooke, entered November 5, 2009 (#177). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendations of the United States Magistrate Judge entered November 5, 2009 should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Cooke's Report and Recommendation (#177) be affirmed and adopted.

IT IS FURTHER ORDERED that defendants' Motion to Dismiss (#148) should be **GRANTED** and plaintiff's claims shall be **DISMISSED WITHOUT PREJUDICE.**

IT IS FURTHER ORDERED that plaintiff's Motion for Summary Judgment (#159), and defendants' Motion to Strike plaintiff's Motion for Summary Judgment (#171) are **DENIED AS MOOT.**

DATED:   December 8, 2009

_____
UNITED STATES DISTRICT COURT