AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

L. SEVILLE PARKS,

     Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:06-CV-00405-RCJ-VPC**

RICHARD FALGE, et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (#177) is affirmed and adopted,
     **IT IS FURTHER ORDERED** that defendants' Motion to Dismiss (#148) is **GRANTED** and plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.
     **IT IS FURTHER ORDERED** that plaintiff's Motion for Summary Judgment (#159), and defendants' Motion to Strike (#171) are **DENIED AS MOOT**.


  December 9, 2009          **LANCE S. WILSON**
                                                      Clerk


                                                                   D. R. Morgan
                                                                  Deputy Clerk